UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RODRIGUEZ, | No. C 12-4714 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| R.T.C. GROUNDS, et al., | |
| Defendants. | |

Jesus Rodriguez filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. The court reviewed his amended complaint under 28 U.S.C. § 1915A and dismissed it with leave to amend. He then filed a second amended complaint, which the court also has reviewed under § 1915A. The second amended complaint does not cure the problems the court discussed in the order of dismissal with leave to amend. The Free Exercise Clause and Equal Protection Clause claims in the second amended complaint fail for the same reasons explained at pages 9-11 in the order of dismissal with leave to amend.

This action is dismissed for failure to state a claim upon which relief may be granted as to the claims under 42 U.S.C. § 1983. Having resolved the § 1983 claims, only state law claims remain, and the court declines to exercise supplemental jurisdiction over them. *See* 28 U.S.C. § 1367(c)(3). The state law claims are dismissed without prejudice to plaintiff pursuing them in state court. The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 4, 2013

_____
SUSAN ILLSTON
United States District Judge