UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RODRIGUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>R.T.C. GROUNDS, et al.,<br><br>   Defendants.<br>_____ / | No. C 12-4714 SI (pr)<br><br>**JUDGMENT** |

   This action is dismissed for failure to state a claim upon which relief may be granted as to the federal claims. The court declines to exercise supplemental jurisdiction over the state law claims.

   IT IS SO ORDERED AND ADJUDGED.

Dated: March 4, 2013

_____
SUSAN ILLSTON
United States District Judge